# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Bryan Antonio Molina Hernandez

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-05563-LL-SBC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Mr. Molina Hernandez's Petition for Writ of Habeas Corpus is GRANTED. This case is hereby closed.

**Date:** 11/10/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-05563-LL-SBC

Respondents: Gregory J. Archambeault, in his official capacity; Jeremy Casey, in his official capacity; David J. Venturella, in his official capacity;Todd Blanche, in his official capacity